UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DAWN HAMPSON, )
 )
     **Plaintiff,** )
-vs.- )
 ) CIVIL ACTION #1:12-cv-00258
STATE FARM MUTUAL AUTO ) BKS/CFH
INSURANCE CO., )
 )
     **Defendants.** )
 )

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, Dawn Hampson, by her attorney, Ronald J. Kim, Esq. hereby files the attached Exhibit List.

September 7, 2015

RONALD J. KIM
#511156
Attorney for the Plaintiff
Law Offices of Ronald J. Kim
PO Box 318
Saratoga Springs, NY 12866
TEL: (518) 581-8416
FAX: (518) 583-9059
EML:ron@ronaldkimlaw.com
WEB: www.ronaldkimlaw.com

HAMPSON V. STATE FARM MUTUAL AUTO INSURANCE, CO.
12-CV-258
JUDGE BRENDA K. SANNES

| Exhibit No | Marked for Identification | Admited | Remarks | Witness | Description |
|---|---|---|---|---|---|
| 1 | May 1, 2010 CMT Notice of Pay Action | | | | Pay Increase for Plaintiff |
| 2 | May 2, 2009 CMT Notice of Pay Action | | | | Pay Increase for Plaintiff |
| 3 | 9/8/2009 Johnson Email | | | | Email regarding DH work performance |
| 4 | 2/12/2010 Johnson Email | | | | Email regarding DH work performance |
| 5 | 6/30/2010 Livingston Email | | | | Email regarding DH work performance |
| 6 | 7/19/2010 Livingston Email | | | | Email regarding DH work performance |
| 7 | 7/28/2010 Lashley Email | | | | Email regarding DH work performance |
| 8 | 7/28/201 Johnson Email | | | | Email regarding DH work performance |
| 9 | NONE | | | | |
| 10 | NONE | | | | |
| 11 | NONE | | | | |
| 12 | NONE | | | | |
| 13 | 5/26/201 Diaz Memorandum | | | | Memorandum regarding DH work performance |
| 14 | 11/11/2010 Diaz Memorandum | | | | Memorandum regarding DH work performance |
| 15 | 11/12/2010 Diaz Memorandum | | | | Memorandum regarding DH work performance |
| 16 | 11/29/2010 Diaz Memorandum | | | | Memorandum regarding DH work performance |
| 17 | Medical Records | | HAMP1404 | | DH's Disability |
| 18 | Medical Records | | HAMP1420 | | DH's Disability |
| 19 | Medical Records | | HAMP 1421 | | DH's Disability |
| 20 | Medical Records | | HAMP1443 | | DH's Disability |
| 21 | Medical Records | | HAMP1444-1445 | | DH's Disability |
| 22 | Medical Records | | HAMP1642-1644 | | DH's Disability |
| 23 | Medical Records | | HAMP1662 | | DH's Disability |
| 24 | Medical Records | | HAMP1735-1739 | | DH's Disability |
| 25 | Medical Records | | HAMP1740 | | DH's Disability |
| 26 | Medical Records | | HAMP1750-1753 | | DH's Disability |
| 27 | Medical Records | | HAMP-1755-1758 | | DH's Disability |