**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

| | |
|---|---|
| 570 Broad Street | 88 Pine Street |
| Suite 1500 | 24th Floor |
| Newark, New Jersey 07102 | New York, New York 10005 |
| (973) 622-7711 | (212) 483-9490 |

Attorneys for Defendant
State Farm Mutual Auto Insurance Company

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAWN HAMPSON,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**STATE FARM MUTUAL AUTO INSURANCE COMPANY,**<br><br>       **Defendant.** | DOCUMENT FILED ELECTRONICALLY<br><br>Civil Action No.: 12-cv-0258 (BKS/CFH)<br><br>**AMENDED EXHIBIT LIST** |

    Defendant, State Farm Mutual Auto Insurance Company ("State Farm"), identifies the following potential exhibits for trial, other than those that may be used solely for impeachment purposes. By listing any exhibit, State Farm does not thereby take the position that it is admissible into evidence or admissible for all purposes, and does not waive any argument regarding the admissibility or limited admissibility of any exhibit. State Farm reserves the right to identify any additional exhibits required to address any matters raised by Plaintiff at trial.

                McElroy, Deutsch, Mulvaney & Carpenter, LLP
                Attorneys for Defendant
                State Farm Mutual Automobile Insurance Company

                        /s/ Francis X. Dee
            By:_____
                     Francis X. Dee
                  A Member of the Firm

Dated: September 25, 2015

United States District Court
for the Northern District of New York

Case No.  12-cv-0258 (*Hampson v. State Farm Mut. Auto Ins. Co.*)
Date: September 21, 2015
Presiding Judge:  Hon. Brenda K. Sannes, U.S.D.J.

( ) Plaintiff                              ( x ) Defendant                              ( ) Court

| Exhibit No. | Marked for Identification | Admitted into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 1 |  |  |  |  | Plaintiff's Response to Interrogatories |
| 2 |  |  |  |  | Performance evaluation 5/04-5/05 |
| 3 |  |  |  |  | Diaz memo 8/31/05 |
| 4 |  |  |  |  | Performance evaluation 3/05-2/06 |
| 5 |  |  |  |  | Diaz memo 8/14/06 |
| 6 |  |  |  |  | Diaz memo 1/26/07 |
| 7 |  |  |  |  | Performance evaluation 3/06-3/07 |
| 8 |  |  |  |  | Performance evaluation 3/06-3/07 signature page |
| 9 |  |  |  |  | Performance evaluation 4/08 |
| 10 |  |  |  |  | Diaz memo 11/17/08 |
| 11 |  |  |  |  | Performance evaluation 4/08-3/09 |
| 12 |  |  |  |  | Performance evaluation 3/09-2/10 |
| 13 |  |  |  |  | Diaz memo 5/26/10 |
| 14 |  |  |  |  | Diaz memo 11/29/10 |
| 14A |  |  |  |  | Draft Diaz memo 11/11/10 |
| 14B |  |  |  |  | Draft Diaz memo 11/12/10 |
| 15 |  |  |  |  | Performance evaluation 4/10-3/11 |
| 16 |  |  |  |  | Policies from US HR Policy Manual |
| 16A |  |  |  |  | Policy – Accommodation Requests under ADA |
| 16B |  |  |  |  | Policy – Accommodation Requests under ADA 2/22/10 |
| 16C |  |  |  |  | ADA Accommodation Request and Questionnaire |
| 16D |  |  |  |  | ADA Management Questionnaire |
| 16E |  |  |  |  | Policy – Paid Sick Leave |
| 16F |  |  |  |  | Policy – FMLA Leave |

| | | | | | |
|---|---|---|---|---|---|
| 17 | | | | | Diaz memo 3/29/11 |
| 17A | | | | | Diaz draft memo 3/28/11 |
| 17B | | | | | Diaz draft memo 3/29/11 |
| 17C | | | | | Diaz draft memo 3/16/11 |
| 18 | | | | | Position Description |
| 19 | | | | | Diaz email 12/2/05 |
| 20 | | | | | Diaz Drop File note 7/27/05 |
| 21 | | | | | Diaz notes 9/28 and 11/2/05 |
| 22 | | | | | Diaz notes 12/6/05 |
| 23 | | | | | Diaz Drop File note 7/20/06 |
| 24 | | | | | Diaz email 9/19/06 |
| 25 | | | | | Diaz note 12/5/06 |
| 26 | | | | | Diaz Drop File note 12/5/06 |
| 27 | | | | | Diaz note 1/10/07 |
| 28 | | | | | Diaz note 3/23/07 |
| 29 | | | | | Diaz note 4/8/08 |
| 30 | | | | | Diaz email 8/16/10 |
| 31 | | | | | Email 3/9/10 |
| 32 | | | | | Payne email 11/11/10 |
| 33 | | | | | Bertrand email 12/9/10 |
| 34 | | | | | Diaz email 1/12/11 |
| 35 | | | | | Bertrand email and note 1/31/11 |
| 36 | | | | | Bertrand email 2/17/11 |
| 37 | | | | | Bertrand email 2/17/11 |
| 38 | | | | | Grant notes 5/18/10 ff. |
| 39 | | | | | Grant email 6/10/10 |
| 40 | | | | | Grant notes 9/29/10 |
| 41 | | | | | Grant email 11/11/10 |
| 42 | | | | | Grant email 11/16/10 |
| 43 | | | | | Grant notes 11/29/10 |
| 44 | | | | | Grant notes 1/12/11 |
| 45 | | | | | Grant notes 1/13/11 |
| 46 | | | | | Grant notes 1/17/11 |
| 47 | | | | | Grant notes 4/7/11 |
| 48 | | | | | Payne email 4/7/11 |
| 49 | | | | | Supervisor Evaluation of Terminating Employees 4/11 |
| 50 | | | | | Monroe email 5/7/07 |
| 51 | | | | | Monroe letter 5/8/07 |
| 52 | | | | | Monroe email 3/28/08 |
| 53 | | | | | Monroe email 10/27/09 |
| 55 | | | | | Monroe email 3/3/10 |
| 56 | | | | | Monroe letter 3/5/10 |
| 57 | | | | | Monroe email 3/19/10 |
| 58 | | | | | Medical Absences at State Farm |
| 60 | | | | | FMLA requests |
| 61 | | | | | Job History for Dawn Hampson |
| 62 | | | | | Enterprise Absence System report 2/21/11 |

| | | | | | |
|---|---|---|---|---|---|
| 63 | | | | | Enterprise Absence System report 8/11/11 |
| 63A | | | | | Summary of Enterprise Absence System Report 2006-2011 -- Calendar of Plaintiffs' Absences |
| 63B | | | | | Summary of Enterprise Absence System report |
| 63C | | | | | Working days 2006-2011 |
| 64 | | | | | Enterprise Absence System report 3/28/11 |
| 65A | | | | | Plaintiff's tax return 2011 |
| 65B | | | | | Plaintiff's tax return 2012 |
| 65C | | | | | Plaintiff's tax return 2013 |
| 65D | | | | | Plaintiff's tax return 2014 |
| 66 | | | | | Plaintiff's response to document requests |
| 67A | | | | | Plaintiff's 2012 Earnings Statements |
| 67B | | | | | Plaintiff's 2013 Earnings Statements |
| 68 | | | | | Plaintiff's job application documents |
| 69 | | | | | Plaintiff's supplemental response to document requests |
| 69A | | | | | Plaintiff's supplemental documents to DR#8 – Aug. 12, 2015 Social Security Administration letter and Social Security Benefit Statements for 2013 and 2014 |
| 69B | | | | | Plaintiff's supplemental documents to DR#7 – W-2 forms for 2012, 2013, and 2014 |
| 70 | | | | | Plaintiff's supplemental responses to interrogatories |
| 71 | | | | | Retirement plan letter 5/23/11 |
| 72A | | | | | SSDI Application |
| 72B | | | | | SSDI Determination |
| 72C | | | | | SSA notice 10/30/12 |
| 72D | | | | | SSA notice 1/18/13 |
| 72E | | | | | SSA notice 9/2/13 |
| 73A | | | | | COBRA notice 5/6/11 |
| 73B | | | | | COBRA notice 10/6/11 |
| 73C | | | | | COBRA notice 12/6/11 |
| 73D | | | | | COBRA notice 9/3/12 |
| 73E | | | | | COBRA certificate 9/3/12 |
| 73F | | | | | COBRA notice 4/28/11 |
| 74 | | | | | Plaintiff's bankruptcy petition |
| 75 | | | | | Charge of Discrimination 6/3/11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 76 | | | | | | EEOC Determination 12/11 |
| 77 | | | | | | Verified Complaint |
| 78 | | | | | | Plaintiff's Affidavit, 2/19/14 |
| 90 | | | | | | Medical Records – Schenectady Neurological Consultants (for identification only) |
| 90A | | | | | | Headache calendar (from Schenectady Neurological Consultants records) |
| 91 | | | | | | Medical Records – Albany Center for Pain Management (for identification only) |
| 92 | | | | | | Medical Records – Manuel Astruc, M.D. (for identification only) |
| 93 | | | | | | Medical Records – Eugene Merecki, M.D. (for identification only) |
| 94 | | | | | | Medical Records – Saratoga-Schenectady Gastroenterology (for identification only) |
| 95 | | | | | | Medical Records – Bick Wanck, M.D. (for identification only) |
| 96 | | | | | | Medical Records – Schenectady Neurological Consultants (2015) |
| 97 | | | | | | Medical Records – Manuel Astruc, M.D. (2015) (for identification only) |
| 98 | | | | | | Medical Records – Saratoga-Schenectady Gastroenterology (2015) (for identification only) |
| 99 | | | | | | Medical Records – Eugene Merecki, M.D. (2015) (for identification only) |
| 100 | | | | | | Medical Records – Albany Ctr. Rheumatology (2015) (for identification only) |

Exhibits Returned to Counsel (Date): _____

Signature: _____