

[SARATOGA OFFICE]
36 LONG ALLEY
SARATOGA SPRINGS, NY
518-581-8416 PHONE

[GLENS FALLS OFFICE]
13 CENTER STREET
GLENS FALLS, NY
518-743-8416 PHONE

[MAILING ADDRESS]
PO BOX 318
SARATOGA SPRINGS, NY 12866
518-583-9059 FAX

ADMITTED TO PRACTICE LAW IN
NEW YORK AND MASSACHUSETTS

Ron@RonaldKimLaw.com    www.RonaldKimLaw.com

October 13, 2015

**_VIA ECF_**
Hon. Brenda K. Sannes
U.S. District Court Judge
Federal Building and U.S. Courthouse
Syracuse, NY 13261-7336

**RE:   Hampson vs. State Farm Mutual Automobile Insurance
        Case No.: 1:12-cv-00258 (NAM/CFH)**

Dear Judge Sannes:

In connection with your order dated October 7, 2015 (ECF #94), attached are the documents relating to Dawn Hampson's motion in limine #1—Motion to Exclude Social Security Disability Determination and Plaintiff's Receipt of Benefits.

Thank you.

Sincerely,

Ronald J. Kim

cc:   Francis X. Dee, Esq.

MEMBER:
National Association
of Consumer
Bankruptcy Attorneys

Protecting the interests of Consumers, Employees and Debtors.

MEMBER:
National
Association of
Consumer Advocates